IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Wade Snively, | : | |
| Plaintiff, | : | Civil Action 2:06-cv-1016 |
| v. | : | JUDGE GRAHAM |
| State of Ohio, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

# Order

Plaintiff brings this action against the State of Ohio, Ted Strickland, Robert Taft, George W. Bush, and the United States of America. This matter is before the Court on his May 1, 2007 objections to the Magistrate Judge's Report and Recommendation that Defendants State of Ohio, Ted Strickland, and Robert Taft's (hereinafter referred to collectively as "State Defendants") January 10, 2006 motion to dismiss be granted. (Doc. 31).

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **GRANTS** the State Defendants January 10, 2006 motion to dismiss. In his report, Magistrate Abel found that

> the complaint states in many and varied ways that the State Defendants are failing in their duty to protect state and federal constitutional rights and uphold state and federal law, it fails to ever link these overarching statements with specific facts that would give rise to an actionable claim.

Plaintiff's main objection appears to be that this action was never meant to be before this Court, he was simply asking the court to locate "an agreeable non-compromised court system within the United States of America . . . [or] a foreign nation that will hear these matters in a fair manner to the Plaintiff and the Defendants."  Plaintiff also names specific political individuals and claims that they acted out vendettas upon himself, his father, and his daughter by perjuring themselves, accepting bribes, and generally participating in corrupt activities.  However, to support his claims, he relies solely upon his own conclusions of law and unwarranted inferences of fact cast in the form of factual allegations.  This is insufficient to survive a motion to dismiss.  *See Blackburn v. Fisk Univ.*, 443 F.2d 121, 124 (6th Cir. 1971); *Sexton v. Barry*, 233 F.2d 220, 223 (6th Cir. 1956).

Defendants State of Ohio, Ted Strickland, and Robert Taft are DISMISSED from this lawsuit.  This action continues as to Defendants George W. Bush, and the United States of America.

It is so ORDERED.

                                                  s/ James L. Graham  
                                                  JAMES L. GRAHAM  
                                                  United States District Judge

DATE:  June 26, 2007